**Fill in this information to identify the case:**

Debtor name    **Printex, Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF MISSOURI

Case number (if known)    **19-20132**

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☒ *Schedule H: Codebtors* (Official Form 206H)
☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    June 14, 2019          X /s/ Medford Randal Park
                                              Signature of individual signing on behalf of debtor

                                      Medford Randal Park
                                      Printed name

                                      President
                                      Position or relationship to debtor

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Fill in this information to identify the case: |
|---|

Debtor name **Printex, Inc.**

United States Bankruptcy Court for the: EASTERN DISTRICT OF MISSOURI

Case number (if known) **19-20132**

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals          12/15

### Part 1:    Summary of Assets

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*................................................................................................   $      **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*..........................................................................................   $      **2,240,617.07**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*............................................................................................   $      **2,240,617.07**

### Part 2:    Summary of Liabilities

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*..................   $      **2,912,353.53**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*..................................................   $      **212,176.11**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.........................   +$      **772,112.28**

4.   **Total liabilities** ...........................................................................................................
    Lines 2 + 3a + 3b   $      **3,896,641.92**

**Fill in this information to identify the case:**

Debtor name    **Printex, Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF MISSOURI

Case number (if known)    **19-20132**

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **FIRST BANK OF THE LAKE** | Checking | 8101 | $112.00 |
| 3.2. | **Saints Avenue Bank** | Checking | 7212 | $2,000.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

     $2,112.00

**Part 2:**    **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:**    **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **Printex, Inc.** | Case number *(if known)* **19-20132** |
|---|---|---|
| | Name | |

| | 11a. 90 days old or less: | **329,176.81** | - | **110,000.00** | = .... | **$219,176.81** |
|---|---|---|---|---|---|---|
| | | face amount | | doubtful or uncollectible accounts | | |

| 12. | **Total of Part 3.** | | **$219,176.81** |
|---|---|---|---|
| | Current value on lines 11a + 11b = line 12. Copy the total to line 82. | | |

| Part 4: | **Investments** |
|---|---|

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | Raw materials<br>**Raw Materials** | **1/15/19** | **$210,000.00** | **Recent cost** | **$417,080.45** |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale**<br>**Finished Goods** | **1/15/19** | **$0.00** | **Revenue based** | **$46,298.03** |
| 22. | **Other inventory or supplies**<br>**Other inventory or supplies** | **1/15/19** | **$60,000.00** | **Recent cost** | **$300,000.00** |

| 23. | **Total of Part 5.** | | **$763,378.48** |
|---|---|---|---|
| | Add lines 19 through 22. Copy the total to line 84. | | |

24. **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor    **Printex, Inc.**                                                    Case number *(If known)*  **19-20132**
                 Name

☐ Yes Fill in the information below.

**Part 7:**  **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| Office equipment, computers etc | $10,000.00 | Comparable sale | $50,000.00 |
| 42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43. **Total of Part 7.**                                                                               | $50,000.00 |
    Add lines 39 through 42.  Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ■ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 8:**  **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| Machinery and equipment | $250,000.00 | Comparable sale | $1,131,448.98 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

Debtor    **Printex, Inc.**
Name

Case number *(If known)* **19-20132**

---

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

| $1,131,448.98 |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

■ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No
☐ Yes

---

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **Lease of 401 S Maple from Midamerica Pick & Pack Inc** | **Equitable interest** | **$0.00** | | **Unknown** |

---

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| $0.00 |

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

---

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>**trademarks** | **$0.00** | **Tax records** | **Unknown** |

61. **Internet domain names and websites**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **Printex, Inc.** | | Case number *(if known)* **19-20132** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| | **Planetmetee.com; Printtech.us** | **$0.00** | **Unknown** |

| 62. | **Licenses, franchises, and royalties** | | |
|---|---|---|---|
| 63. | **Customer lists, mailing lists, or other compilations**<br>Customer List | **$0.00** | **Unknown** |
| 64. | **Other intangibles, or intellectual property**<br>Art and embroidery designs | **$8,000.00** | **Replacement** **$74,500.80** |
| 65. | **Goodwill** | | |

| 66. | **Total of Part 10.** | | $74,500.80 |
|---|---|---|---|
| | Add lines 60 through 65. Copy the total to line 89. | | |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
■ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 11: | **All other assets** |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Printex, Inc.** | Case number *(If known)* **19-20132** |
|---|---|---|
| | Name | |

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $2,112.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $219,176.81 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $763,378.48 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $50,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $1,131,448.98 | |
| 88. **Real property.** *Copy line 56, Part 9.* ...................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $74,500.80 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $2,240,617.07 | +91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $2,240,617.07 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **Printex, Inc.**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF MISSOURI

Case number (if known)  **19-20132**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim |
|---|---|---|---|
| **2.1  ASAP** Creditor's Name **40 Wall Street** **1700 Eastmore Suite New York, NY 10005** Creditor's mailing address | Describe debtor's property that is subject to a lien **Receivables** Describe the lien | **$74,385.00** | **$100,000.00** |

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
■ Unliquidated
■ Disputed

| | | | |
|---|---|---|---|
| **2.2  First Bank of the Lake** Creditor's Name **4558 Osage Beach Parkway, Suite 100 Osage Beach, MO 65065** Creditor's mailing address | Describe debtor's property that is subject to a lien **Raw Materials** Describe the lien | $1,726,266.81 | $417,080.45 |

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

| Debtor | **Printex, Inc.** | Case number (if know) | **19-20132** |
|---|---|---|---|
| | Name | | |

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **First Bank of the Lake** | Describe debtor's property that is subject to a lien | $615,181.17 | $219,176.81 |

Creditor's Name

**4558 Osage Beach Parkway, Suite 100 Osage Beach, MO 65065**

Creditor's mailing address

**90 days or less: Accounts Receivable**

Describe the lien

Creditor's email address, if known

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **First Bank of the Lake** | Describe debtor's property that is subject to a lien | $233,585.53 | $46,298.03 |

Creditor's Name

**4558 Osage Beach Parkway, Suite 100 Osage Beach, MO 65065**

Creditor's mailing address

**Finished Goods**

Describe the lien

Creditor's email address, if known

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **New Logic/Web Bank** | Describe debtor's property that is subject to a lien | $169,363.71 | $100,000.00 |

Creditor's Name

**2015 Vaughn Rd, Bldg 500 Kennesaw, GA 30144**

Creditor's mailing address

**Receivables**

Describe the lien

Creditor's email address, if known

**Is the creditor an insider or related party?**
☑ No
☐ Yes

---

| Official Form 206D | Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property** | page 2 of 4 |

Debtor    **Printex, Inc.**                                           Case number (if know)    **19-20132**
_____Name_____

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☑ Contingent
☐ Unliquidated
☑ Disputed

---

| 2.6 | **PAR Funding** | **Describe debtor's property that is subject to a lien** | $25,979.31 | $100,000.00 |
|---|---|---|---|---|

Creditor's Name

**22 N 3rd St**
**Philadelphia, PA 19106**
Creditor's mailing address

**Receivables**

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☑ Contingent
☐ Unliquidated
☑ Disputed

---

| 2.7 | **Yellowstone Capital LLC** | **Describe debtor's property that is subject to a lien** | $67,592.00 | $100,000.00 |
|---|---|---|---|---|

Creditor's Name

**30 Broad Street Suite 1462**
**New York, NY 10004**
Creditor's mailing address

**Receivables**

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☑ Contingent
☐ Unliquidated
☑ Disputed

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $2,912,353.53 |
|---|---|---|

**Part 2:**  **List Others to Be Notified for a Debt Already Listed in Part 1**

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 3 of 4

| Debtor | **Printex, Inc.** | Case number (if know) | **19-20132** |
|---|---|---|---|
| | Name | | |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Badim Barbarovich**<br>**1517 Voorhies Ave Ste 3R**<br>**Brooklyn, NY 11235** | Line __2.1__ | |
| **Richard Keyes**<br>**12300 OldTesson Road**<br>**Suite 100-B**<br>**Saint Louis, MO 63128-2228** | Line __2.1__ | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Printex, Inc.**

United States Bankruptcy Court for the: EASTERN DISTRICT OF MISSOURI

Case number (if known) **19-20132**

☐ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Barry Louderman**<br>**739 Hazel St**<br>**Hannibal, MO 63401** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $460.70 | $460.70 |
| Date or dates debt was incurred<br>**05/31/19** | Basis for the claim: | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No<br>☐ Yes | | |

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.2** Priority creditor's name and mailing address<br>**Billie J. Bryan**<br>**408 Center St, Apt L**<br>**Hannibal, MO 63401** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $401.25 | $401.25 |
| Date or dates debt was incurred<br>**05/31/19** | Basis for the claim: | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No<br>☐ Yes | | |

Debtor    **Printex, Inc.**                                                                    Case number (if known)    **19-20132**
          Name

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $519.00 | $519.00 |
|---|---|---|---|---|
| | **Carol L. Sims**<br>**11244 Highway O**<br>**Hannibal, MO 63401** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**05/31/19** | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $568.80 | $568.80 |
|---|---|---|---|---|
| | **Danny G Jeffries, Jr.**<br>**1823 Broadway**<br>**Hannibal, MO 63401** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**05/31/19** | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,030.77 | $1,030.77 |
|---|---|---|---|---|
| | **Deborah Dodd**<br>**3201 Marsh Ave**<br>**Hannibal, MO 63401** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**5/31/19** | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $373.80 | $373.80 |
|---|---|---|---|---|
| | **Deborah L. Wisdom**<br>**2125 State Street**<br>**Quincy, IL 62301** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**05/31/19** | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| Debtor | Printex, Inc. | Case number (if known) | 19-20132 |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $422.40 | $422.40 |
|---|---|---|---|---|
| | **Erica Sims**<br>**58672 Sims Place**<br>**Hannibal, MO 63401** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**05/31/19** | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $380.80 | $380.80 |
|---|---|---|---|---|
| | **Genevieve Nichols**<br>**1818 Broadway**<br>**Hannibal, MO 63401** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**05/31/19** | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $200,000.00 | $200,000.00 |
|---|---|---|---|---|
| | **Internal Revenue Service**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2016 - 2018** | Basis for the claim: | | |
| | Last 4 digits of account number **9400** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $298.30 | $298.30 |
|---|---|---|---|---|
| | **James Totten**<br>**1714 Grace**<br>**Hannibal, MO 63401** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**05/31/19** | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| Debtor | **Printex, Inc.** | | Case number *(if known)* | **19-20132** |
|---|---|---|---|---|
| | Name | | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $308.40 | $308.40 |
|---|---|---|---|---|

**Jane Elizabeth Jurgens**
**4250 Stardust Drive**
**Hannibal, MO 63401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**05/31/19**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $492.80 | $492.80 |
|---|---|---|---|---|

**Jason Sims**
**822 Lyon St**
**Hannibal, MO 63401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**05/31/19**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $533.80 | $533.80 |
|---|---|---|---|---|

**Jeffrey Todd**
**3852 Highway MM**
**Hannibal, MO 63401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**05/31/19**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $448.00 | $448.00 |
|---|---|---|---|---|

**JOshua R. Beahan**
**PO Box 1263**
**Hannibal, MO 63401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**05/31/19**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

| Debtor | Printex, Inc. | Case number (if known) | 19-20132 |
|---|---|---|---|
| | Name | | |

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $258.30 | $258.30 |
|---|---|---|---|---|
| | **Kaitlyn Utterback**<br>**1103 Sierra St**<br>**Hannibal, MO 63401** | | | |
| | Date or dates debt was incurred<br>**05/31/19** | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $491.40 | $491.40 |
|---|---|---|---|---|
| | **Karen Jeffries**<br>**1823 Broadway**<br>**Hannibal, MO 63401** | | | |
| | Date or dates debt was incurred<br>**05/31/19** | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $292.60 | $292.60 |
|---|---|---|---|---|
| | **Kayla E Drebenstedt**<br>**200 N 8th St**<br>**Hannibal, MO 63401** | | | |
| | Date or dates debt was incurred<br>**05/31/19** | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $769.23 | $769.23 |
|---|---|---|---|---|
| | **Keith Stuart**<br>**22561 Highway P**<br>**Center, MO 63436** | | | |
| | Date or dates debt was incurred<br>**05/31/19** | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| Debtor | **Printex, Inc.** | | Case number (if known) | **19-20132** |
|---|---|---|---|---|
| | Name | | | |

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $308.20 | $308.20 |
|---|---|---|---|---|

**Logan J. Huntley**
**1901 Valley St**
**Hannibal, MO 63401**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **05/31/19** | |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

- ■ No
- ☐ Yes

---

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $560.00 | $560.00 |
|---|---|---|---|---|

**Mark Murphy**
**2125 Broadway**
**Hannibal, MO 63401**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **05/31/19** | |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

- ■ No
- ☐ Yes

---

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $302.00 | $302.00 |
|---|---|---|---|---|

**Paula Del Toro**
**518 N 5th**
**Hannibal, MO 63401**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **05/31/19** | |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

- ■ No
- ☐ Yes

---

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $278.00 | $278.00 |
|---|---|---|---|---|

**Rachel Allen**
**1605 Darr**
**Hannibal, MO 63401**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **05/31/19** | |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

- ■ No
- ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **Printex, Inc.** | Case number (if known) | **19-20132** |
|---|---|---|---|
| | Name | | |

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$382.80** | **$382.80** |
|---|---|---|---|---|
| | **Rollie Brown**<br>**1115 Summer St**<br>**Hannibal, MO 63401** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**05/31/19** | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$217.98** | **$217.98** |
|---|---|---|---|---|
| | **Rose Mary Shockley**<br>**6943 Veterans Rd**<br>**Hannibal, MO 63401** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**05/31/19** | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.25 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$173.70** | **$173.70** |
|---|---|---|---|---|
| | **Roy J. Fowler**<br>**1725 Broadway**<br>**Hannibal, MO 63401** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**05/31/19** | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.26 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,423.08** | **$0.00** |
|---|---|---|---|---|
| | **Stephen R. Griggs**<br>**2711 South 30th St**<br>**Quincy, IL 62301** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**05/31/19** | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| Debtor | **Printex, Inc.** | | Case number (if known) | **19-20132** |
|---|---|---|---|---|
| | Name | | | |

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | $480.00 | $480.00 |
|---|---|---|---|---|---|

**Tracy Nichelson**
**15808 Centenary Road**
**New London, MO 63459**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**05/31/19**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:**   List All Creditors with NONPRIORITY Unsecured Claims

3.   **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $28,239.25 |
|---|---|---|---|

**American Express**
**PO Box 297813**
**Ft. Lauderdale, FL 33329**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,015.65 |
|---|---|---|---|

**American Express**
**PO Box 297813**
**Ft. Lauderdale, FL 33329**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,392.95 |
|---|---|---|---|

**American Express**
**PO Box 297813**
**Ft. Lauderdale, FL 33329**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $32,000.00 |
|---|---|---|---|

**Baker, Govern & Baker, Inc DBA UPS**
**PO B 419037**
**Saint Louis, MO 63141-9037**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **shipping charges**

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25,418.03 |
|---|---|---|---|

**Bank of America**
**P.O. BOX 650070**
**DALLAS, TX 75265-0070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

| Debtor | **Printex, Inc.** | | | Case number (if known) | **19-20132** |
|---|---|---|---|---|---|
| | Name | | | | |

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$23,442.00** |
|---|---|---|---|

**Broder Bros**
**45555 Port**
**Plymouth, MI 48170**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$69,213.70** |
|---|---|---|---|

**Brother Int'l Corp.**
**Department CH 17087**
**Palatine, IL 60055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** |
|---|---|---|---|

**BSB Leasing Inc.**
**PO Box 675022**
**Dallas, TX 75267-5022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$250,000.00** |
|---|---|---|---|

**Celebrity Lifestyle Brands**
**201 E. Grand Avenue, Suite 2A**
**Escondido, CA 92025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$22,586.04** |
|---|---|---|---|

**Chase**
**PO Box 9001871**
**Lousiville, KY 40290**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20,000.00** |
|---|---|---|---|

**David Johnstone**
**17171 Park Row, Suite 100**
**Houston, TX 77084**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$60,000.00** |
|---|---|---|---|

**Financial Pacific Leasing**
**PO Box 749642**
**Los Angeles, CA 90074-9642**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Printex, Inc.** | Case number *(if known)* | **19-20132** |
|---|---|---|---|
| | Name | | |

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,579.92** |
|---|---|---|---|

**Fruit of the Loom Co, Inc.**
**32791 Collection Center Drive**
**Chicago, IL 60693-0327**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,036.80** |
|---|---|---|---|

**Gateway Screen Products Inc.**
**1806 W. Osage**
**Pacific, MO 63069**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,665.12** |
|---|---|---|---|

**Headwear USA LLC**
**PO Box 603**
**Frederick, MD 21705-0603**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,000.00** |
|---|---|---|---|

**Industrial Repair Service**
**2650 Bus. Drive**
**Cumming, GA 30028**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20,000.00** |
|---|---|---|---|

**Lane Sennett**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,026.72** |
|---|---|---|---|

**LAT Apparel**
**PO Box 674526**
**Detroit, MI 48267-4526**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,307.25** |
|---|---|---|---|

**Midland Paper Co.**
**1140 Paysphere Circle**
**Chicago, IL 60674**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Printex, Inc.** | | Case number (if known) | **19-20132** |
|---|---|---|---|---|
| | Name | | | |

| 3.20 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$972.97** |
|---|---|---|---|

**Ray Engel Packaging Supplies**
**12060 Lackland Road**
**Saint Louis, MO 63146**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,604.32** |
|---|---|---|---|

**Saati Americas Corp.**
**Attn: accounting department**
**Fountain Inn, SC 29644**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,203.45** |
|---|---|---|---|

**Sanmar Corp.**
**PO Box 643693**
**Cincinnati, OH 45264-3693**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$18,066.64** |
|---|---|---|---|

**TSC Apparel**
**895 Central Avenue**
**Cincinnati, OH 45202**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$79,677.47** |
|---|---|---|---|

**TSF Sportswear LLC**
**1501 W. Copans Road**
**Pompano Beach, FL 33064**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$33,664.00** |
|---|---|---|---|

**Vervocity Interactive**
**3701 E. Lake Center**
**Quincy, IL 62305**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$15,000.00** |
|---|---|---|---|

**Wells Fargo Financial Leasing**
**PO Box 10306**
**Des Moines, IA 50306-0306**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Printex, Inc.** | | Case number (if known) | **19-20132** |
|---|---|---|---|---|
| | Name | | | |

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |
|---|---|---|---|

**Wintax Trading Ltd.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

### Part 3:  List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **US Attorney (ED MO)**<br>**Joshua Jones, AUSA**<br>**110 S 10th , 20th Floor**<br>**Saint Louis, MO 63102** | Line **2.9**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Vince Vogler**<br>**11756 Borman Dr Suite 200**<br>**MO 63416** | Line **3.4**<br><br>☐ Not listed. Explain ____ | _ |

---

### Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 212,176.11 |
| 5b. Total claims from Part 2 | 5b.  + | $ | 772,112.28 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | **984,288.39** |

**Fill in this information to identify the case:**

Debtor name __**Printex, Inc.**__

United States Bankruptcy Court for the: __EASTERN DISTRICT OF MISSOURI__

Case number (if known) __**19-20132**__

☐ Check if this is an
 amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | **Brother printing machines - have been repossessed** |
| State the term remaining | |
| List the contract number of any government contract | **BSB Leasing Inc.**<br>**PO Box 675022**<br>**Dallas, TX 75267-5022** |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest | **Brother direct to garment equipment lease to be rejected** |
| State the term remaining | |
| List the contract number of any government contract | **Financial Pacific Leasing**<br>**PO Box 749642**<br>**Los Angeles, CA 90074-9642** |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest | **Tow motor lease. $350 per month - lease to be accepted** |
| State the term remaining | **3 years** |
| List the contract number of any government contract | **Wells Fargo Financial Leasing**<br>**PO Box 10306**<br>**Des Moines, IA 50306-0306** |

**Fill in this information to identify the case:**

Debtor name __**Printex, Inc.**__

United States Bankruptcy Court for the: __EASTERN DISTRICT OF MISSOURI__

Case number (if known) __**19-20132**__

☐ Check if this is an amended filing

# Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | Name | Mailing Address | Name | *Check all schedules that apply:* |
| 2.1 | **Randal Park** | **2510 Laclede**<br>**Hannibal, MO 63401** | **American Express** | ☐ D ____<br>■ E/F __**3.1**__<br>☐ G ____ |
| 2.2 | **Randal Park** | **2510 Laclede**<br>**Hannibal, MO 63401** | **American Express** | ☐ D ____<br>■ E/F __**3.2**__<br>☐ G ____ |
| 2.3 | **Randal Park** | **2510 Laclede**<br>**Hannibal, MO 63401** | **American Express** | ☐ D ____<br>■ E/F __**3.3**__<br>☐ G ____ |
| 2.4 | **Randal Park** | **2510 Laclede**<br>**Hannibal, MO 63401** | **ASAP** | ■ D __**2.1**__<br>☐ E/F ____<br>☐ G ____ |
| 2.5 | **Randal Park** | **2510 Laclede**<br>**Hannibal, MO 63401** | **Broder Bros** | ☐ D ____<br>■ E/F __**3.6**__<br>☐ G ____ |

| Debtor | **Printex, Inc.** | | Case number *(if known)* | **19-20132** |
|---|---|---|---|---|

█ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.6 | Randal Park | 2510 Laclede<br>Hannibal, MO 63401 | BSB Leasing Inc. | ☐ D ___<br>■ E/F __3.8__<br>☐ G ___ |
| 2.7 | Randal Park | 2510 Laclede<br>Hannibal, MO 63401 | Financial Pacific Leasing | ☐ D ___<br>■ E/F __3.12__<br>☐ G ___ |
| 2.8 | Randal Park | 2510 Laclede<br>Hannibal, MO 63401 | First Bank of the Lake | ■ D __2.2__<br>☐ E/F ___<br>☐ G ___ |
| 2.9 | Randal Park | 2510 Laclede<br>Hannibal, MO 63401 | First Bank of the Lake | ■ D __2.3__<br>☐ E/F ___<br>☐ G ___ |
| 2.10 | Randal Park | 2510 Laclede<br>Hannibal, MO 63401 | First Bank of the Lake | ■ D __2.4__<br>☐ E/F ___<br>☐ G ___ |
| 2.11 | Randal Park | 2510 Laclede<br>Hannibal, MO 63401 | New Logic/Web Bank | ■ D __2.5__<br>☐ E/F ___<br>☐ G ___ |
| 2.12 | Randal Park | 2510 Laclede<br>Hannibal, MO 63401 | PAR Funding | ■ D __2.6__<br>☐ E/F ___<br>☐ G ___ |
| 2.13 | Randal Park | 2510 Laclede<br>Hannibal, MO 63401 | TSF Sportswear LLC | ☐ D ___<br>■ E/F __3.24__<br>☐ G ___ |

| Debtor | **Printex, Inc.** | Case number *(if known)* | **19-20132** |
|---|---|---|---|

▊ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | Column 2: **Creditor** | |
|---|---|---|---|

| 2.14 | **Randal Park** | 2510 Laclede<br>Hannibal, MO 63401 | **Wells Fargo Financial Leasing** | ☐ D _____<br>■ E/F __3.26__<br>☐ G _____ |
|---|---|---|---|---|

| 2.15 | **Randal Park** | 2510 Laclede<br>Hannibal, MO 63401 | **Yellowstone Capital LLC** | ■ D __2.7__<br>☐ E/F _____<br>☐ G _____ |

| 2.16 | **Randal Park** | 2510 LaClede<br>Hannibal, MO 63401 | **Wells Fargo Financial Leasing** | ☐ D _____<br>☐ E/F _____<br>■ G __2.3__ |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Eastern District of Missouri

In re __Printex, Inc.__ _____   Case No. __19-20132__

                                          Debtor(s)   Chapter __11__

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept .................................................   $ _____ **10,000.00**

    Prior to the filing of this statement I have received .......................................   $ _____ **4,000.00**

    Balance Due ..................................................................................   $ _____ **6,000.00**

2.  The source of the compensation paid to me was:

    ■ Debtor        ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor        ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
      copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of
        reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC
        522(f)(2)(A) for avoidance of liens on household goods.  Filing Fee was included in retainer amount**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions or any other adversary proceeding.**

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

| | |
|---|---|
| **June 14, 2019** | **/s/ Fredrich J Cruse** |
| *Date* | **Fredrich J Cruse 23480** |
| | *Signature of Attorney* |
| | **Cruse Chaney-Faughn** |
| | **718 Broadway** |
| | **P.O. Box 914** |
| | **Hannibal, MO 63401-0914** |
| | **573-221-1333  Fax: 573-221-1448** |
| | **fcruse@cruselaw.com; bjdaughtery@cruselaw.com** |
| | *Name of law firm* |

---

# United States Bankruptcy Court
## Eastern District of Missouri

| | | | |
|---|---|---|---|
| In re | **Printex, Inc.** | Case No. | **19-20132** |
| | Debtor(s) | Chapter | **11** |

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Randal Park**<br>**2510 Laclede**<br>**Hannibal, MO 63401** | **Common** | **100%** | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

| | | | |
|---|---|---|---|
| Date | **June 14, 2019** | Signature | **/s/ Medford Randal Park** |
| | | | **Medford Randal Park** |

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.