# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MISSOURI
# NORTHERN DIVISION

In re:  Printex, Inc.                )
                                     )Case No.   19-20132
        Debtor(s)                    )Chapter 11

## STATEMENT PURSUANT TO LR1009A

**Schedule E and Matrix and Verification of Matrix** has been amended to add additional creditor. The additional creditor is:

Missouri Division of Employment Security
PO Box 59
Jefferson City, MO 65104-0059

                                CRUSE●CHANEY-FAUGHN, P.C.
                                By:


                                ***/s/Fredrich J Cruse***
                                Fredrich J. Cruse        #23480MO
                                Attorney at Law
                                718 Broadway
                                P. O. Box 914
                                Hannibal, Missouri 63401
                                Telephone:  (573) 221-1333
                                Fax (573) 221-1448
                                Email: fcruse@cruselaw.com

(L.F. 13 Rev. 12/2013)

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Printex, Inc.** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF MISSOURI |
| Case number (if known) | **19-20132** |

☑ Check if this is an amended filing

Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims  12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Missouri Division of Employment Security**<br>**PO Box 59**<br>**Jefferson City, MO 65104-0059** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $21,477.13 | $21,477.13 |
| | Date or dates debt was incurred<br>**various** | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
|---|---|---|---|
| | Date or dates debt was incurred ____<br>Last 4 digits of account number ____ | Basis for the claim: ____<br>Is the claim subject to offset?  ☐ No  ☐ Yes | |

### Part 3: List Others to Be Notified About Unsecured Claims

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

### Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | Total of claim amounts |
|---|---|

| Official Form 206E/F | Schedule E/F: Creditors Who Have Unsecured Claims | page 1 of 2 |
|---|---|---|
| Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com | 50735 | Best Case Bankruptcy |

| Debtor | **Printex, Inc.** | Case number (if known) | **19-20132** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | **21,477.13** |
| **5b. Total claims from Part 2** | 5b. + | $ | **0.00** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | **21,477.13** |

# United States Bankruptcy Court
## Eastern District of Missouri

In re  **Printex, Inc.**                                                          Case No.  **19-20132**
                                   Debtor(s)                                      Chapter   **11**

## VERIFICATION OF CREDITOR MATRIX - AMENDED

The above named debtor(s) hereby certifies/certify under penalty of perjury that the attached list containing the names and addresses of my creditors (Matrix), consisting of __1__ page(s) and is true, correct and complete.

**/s/ Medford Randal Park**
**Medford Randal Park**/**President**
Signer/Title

Dated:  **June 24, 2019**

```
Missouri Division of Employment Security
PO Box 59
Jefferson City, MO 65104-0059
```

# United States Bankruptcy Court
### Eastern District of Missouri

In re  **Printex, Inc.**                                    Case No.  **19-20132**
　　　　　　　　　　　　　Debtor(s)                         Chapter   **11**

# AMENDED
# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

　　　　I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing , consisting of __0__ page(s), and that they are true and correct to the best of my knowledge, information, and belief.


Date  **June 24, 2019**                        Signature  **/s/ Medford Randal Park**
　　　　　　　　　　　　　　　　　　　　　　　　　　**Medford Randal Park**
　　　　　　　　　　　　　　　　　　　　　　　　　　**President**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
　　　　　　　　　　　　　　　　　　　　18 U.S.C. §§   152 and 3571.